UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHIRLEY CAROLINE McINTOSH, Individually and as Guardian and Representative of M.M., D.M., T.M., and J.M., minors,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CUB CRAFTERS, INC.,<br><br>　　　　　　　Defendant. | No.　CV-13-3004-EFS<br><br>**ORDER DISMISSING CASE** |

　　　On May 15, 2014, the parties filed a stipulated dismissal, ECF No. 40. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

　　　**1.**　The parties' Stipulated Motion and Order for Dismissal, **ECF No. 40**, is **GRANTED.**

　　　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

　　　**3.**　All pending motions are **DENIED AS MOOT.**

　　　**4.**　All hearings and other deadlines are **STRICKEN.**

　　　**5.**　The Clerk's Office is directed to **CLOSE** this file.

　　　**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

　　　**DATED** this 15th day of May 2014.

　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　Senior United States District Judge

Q:\EFS\Civil\2013\3004.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1